JHe.Cpl

LEONARDO M. RAPADAS
United States Attorney
KARON V. JOHNSON
Assistant U.S. Attorney
Suite 500, Sirena Plaza
108 Hernan Cortez
Hagåtña, Guam 96910-5113
PHONE: 472-7332
FAX: 472-7334

Attorneys for the United States of America

**ORIGINAL**

**FILED**
DISTRICT COURT OF GUAM
DEC 26 2006
MARY L.M. MORAN
CLERK OF COURT

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CRIMINAL CASE NO. 06-00118 |
| ) | |
| Plaintiff, ) | **COMPLAINT** |
| ) | |
| vs. ) | |
| ) | **ALIEN SMUGGLING** |
| ) | [8 U.S.C. § 1324(a)(2)(B)(ii), |
| JING HUA HE ) | 18 U.S.C. § 2, and |
| a/k/a "TANYA," ) | 6 U.S.C. §§ 251 and 557] |
| ) | (Counts 1 and 2) |
| Defendant ) | |

THE UNDERSIGNED COMPLAINANT CHARGES UPON INFORMATION AND BELIEF THAT:

**COUNT I - ALIEN SMUGGLING**

On about October 28, 2006, within the District of Guam and elsewhere, the defendant, JIN HUA HE a/k/a "TANYA," knowing or in reckless disregard of the fact that five alien did not receive prior official authorization to come to, enter or reside in the United States, did bring and attempt to bring to the United States five aliens for the purpose of commercial advantage and

private financial gain, to-wit: Guo Ping WIE, Jin Xing WANG, and Bing Xin XIE, and two others, to an area at or near Two Lover's Point, Guam, in violation of Title 8, United States Code, § 1324(a)(2)(B)(ii) and Title 18, United States Code, § 2, and Title 6, United States Code, §§ 251 and 557.

## COUNT II - ALIEN SMUGGLING

On about December 15, 2006, within the District of Guam and elsewhere, the defendant, JIN HUA HE a/k/a "TANYA," knowing or in reckless disregard of the fact that aliens did not receive prior official authorization to come to, enter or reside in the United States, did attempt to bring to the United States 31 aliens for the purpose of commercial advantage and private financial gain, to-wit: Chong Hua LIN, Yu Hui LEI, Wen Lin LIN, Shi Qiang HUANG, Zhao Sheng ZENG, Zhi Ping ZHENG, Ming Sheng ZHENG, Wen Jian ZHENG, Guo Hua ZHENG, Zhao Jian ZENG, Jun Bin YU, Jin Ping LIN, Jin Shu ZHENG, Guang Liang HUANG, Bin PAN, Zhi Xing YU, Zhen Ming GONG, Ya Tang HUANG, Yao Zhen LI, Zhi Xiang LI, Zhi Xiong LU, Gui Hua LI, Fen Juan LIN, Qing Hui CHEN, Xiu Hong Luo MANAGARERO, Lai Yi YANG, Di Fang XU, Bin CHEN, Fei Xia MAO, Hai Yan HUANG, and Li FAN, to Guam, in violation of Title 8, United States Code, § 1324(a)(2)(B)(ii) and Title 18, United States Code, § 2, and Title 6, United States Code, §§ 251 and 557.

COMPLAINANT FURTHER STATES:

I, Michael Hernandez, being duly sworn, do hereby state:

1. I am a Senior Special Agent employed by Immigration and Customs Enforcement (ICE), U.S Department of Homeland Security (DHS) and have been employed by ICE since March 1, 2003. Prior to March 1, 2003, I was employed by Immigration and Naturalization Service (INS) for approximately twenty-five years. I am currently assigned to the ICE office of

the Resident Agent In Charge (RAC), Hagatna, Guam. While employed as a Special Agent with ICE and legacy INS, I have investigated numerous criminal cases for violations under Title 8, and Title 18, of the United States Code. Based upon my knowledge, training, and 29 years of experience in enforcing the Immigration and Nationality Act, I hereby make the following affidavit.

2. My duties include investigation of violations of Title 8, and Title 18, United States Code as it applies to violations of United States immigration laws. I have been participating in an investigation conducted by agents from the Guam Coast Guard Investigative Service (CGIS) and ICE agents on Guam in connection with alien smuggling by boat from the island of Saipan, Commonwealth of the Northern Mariana Islands and Guam for the purpose of commercial advantage and private financial gain in violation of Title 8, United States Code, § 1324 (a)(2)(B)(ii).

3. On October 29, 2006, I received information from Guam Resident Agent In Charge Kelly Hoyle that an individual arrived Guam on October 28, 2006 by piloting a boat from the island of Saipan, Commonwealth of the Northern Mariana Islands (CNMI) who failed to notify Guam Customs and U.S. Immigration about the individual's arrival and failed to request for inspection as required by law.

5. On October 30, I received information from two reliable sources of information indicating that a boat was used to smuggle five aliens, all citizens of the People's Republic of China, from the island of Saipan, CNMI to Guam and the smuggler was identified as a person who may be a resident of Saipan.

6. Based on the information received, RAC Kelly Hoyle and I went to the island of Saipan to conduct interviews and investigate the alleged alien smuggling incident. Based on our

investigation, RAC Kelly Hoyle and I both determined that on or about October 28, 2006, an individual dropped off five (5) Chinese aliens near Two-Lovers Point from where the aliens swam and waded ashore illegally and were not presented to U.S. Immigration for inspection. The boat operator was hired by a Chinese female known only at the time as "TANYA" who agreed to pay the boat operator ten thousand dollars ($10,000) or two thousand ($2,000) per person. "TANYA" who was subsequently identified as JING HUA HE initially paid the boat operator $500 – money that was supposed to be used to purchase fuel for the boat on the October 28, 2006 alien smuggling trip, and approximately $9,300 after the aliens were illegally smuggled into Guam.

    7. I later received information from Major Edward Cabrera, an investigator with the CNMI Attorney General's Investigative Unit (AGIU), who provided the names of three of the aliens smuggled into Guam on October 28, 2006 namely: Guo Ping WIE, Jin Xing WANG, and Bing Xin XIE. With the assistance of CGIS Special Agent Anthony Blas, I later determined that Guo Ping WIE (F), Jin Xing WANG (M), and Bing Xin XIE are in fact aliens, citizens of the People's Republic of China (PRC) who use to live and work on Saipan and subsequently entered Guam illegally on or about October 28, 2006 after being dropped off by boat near the reef by Two-Lovers Point. These three aliens were part of a group of five aliens whose arrangements to be smuggled into Guam were made by JING HUA HE aka TANYA at a cost of approximately $4,000 per person.

    8. On December 15, 2006, JING HUA HE aka TANYA also arranged to have several Chinese aliens smuggled into Guam by boat from Saipan and that on said date, JING HUA HE aka TANYA was observed dropping off several groups of Chinese aliens at Outer Cove Marina where they subsequently boarded a boat that was suppose to be used to smuggle

them into Guam. CNMI Boating and Safety Officers later found 31 Chinese Nationals on board the boat who were subsequently identified as: Chong Hua LIN, Yu Hui LEI, Wen Lin LIN, Shi Qiang HUANG, Zhao Sheng ZENG, Zhi Ping ZHENG, Ming Sheng ZHENG, Wen Jian ZHENG, Guo Hua ZHENG, Zhao Jian ZENG, Jun Bin YU, Jin Ping LIN, Jin Shu ZHENG, Guang Liang HUANG, Bin PAN, Zhi Xing YU, Zhen Ming GONG, Ya Tang HUANG, Yao Zhen LI, Zhi Xiang LI, Zhi Xiong LU, Gui Hua LI, Fen Juan LIN, Qing Hui CHEN, Xiu Hong Luo MANAGARERO, Lai Yi YANG, Di Fang XU, Bin CHEN, Fei Xia MAO, Hai Yan HUANG, and Li FAN.

9. The information that I and others involved in the investigation have obtained indicates that the 31 aliens named in paragraph number eight were all supposed to be smuggled into Guam and that JING HUA HE aka "TANYA" did receive money to arrange this shipment, and did paid money to the boat operator to have the 31 aliens transported and smuggled into Guam by boat.

10. On December 21, I and other law enforcement officers in the investigation arrested JING HUA HE aka "TANYA" based on an indictment returned in the District of Guam. The Indictment alleged federal offenses in connection with the conduct discovered during our investigation, charging HONG FEI WANG aka "TANYA" with violations of 8 U.S.C. § 1324. At the time, our investigation had led us to believe that JING HUA HE's actual name was HONG FEI WANG. The person we arrested was, in fact, the person who law enforcement officers had observed on December 15, 2006, who was known as "TANYA," and who was identified as the person who had hired the boat operator who had delivered the Chinese aliens to Guam on October 28, 2006.

11. Following the arrest, I advised JING HUA HE of her Miranda rights. She was provided with a form stating and explaining those rights in the Chinese language. I also read and explained them to her in English that was translated for her by a Chinese interpreter. She indicated that she understood her rights. Subsequently, she met with a probation officer concerning her personal circumstances as they might have a bearing on setting bail or conditions of release. After that interview, JING HUA HE communicated that she wanted to speak with me. I again met with JING HUA HE and advised her again of her Miranda rights in the same way that I had earlier done so. She again indicated that she understood, signed a waiver form, and then spoke with me.

12. In the ensuing interview, JING HUA HE aka "TANYA" admitted to me her true name and her involvement in the activities that are the subject of the indictment returned in the District of Guam.

13. Based on the foregoing information, I believe there is probable cause to believe that JING HUA HE aka "TANYA" was involved in arranging and/or participating in the two above described alien smuggling events and that JING HUA HE aka "TANYA" has violated Title 8, United States Code, § 1324(a)(2)(B)(ii).

DATED THIS __26th__ day of December, 2006.

MICHAEL HERNANDEZ
Special Agent
U.S. Customs & Immigration Enforcement
Department of Homeland Security

SWORN AND SUBSCRIBED TO before me on this __26th__ day of December, 2006.

JOAQUIN V. E. MANIBUSAN
Magistrate Judge
District Court of Guam