# Criminal Case Cover Sheet

**U.S. District Court**

**Place of Offense:**

City ___Hagåtña___

Country/Parish ___N/A___

**Related Case Information:**

Superseding Indictment _____ Docket Number **06-00118**
Same Defendant __X__  New Defendant _____
Search Warrant Case Number _____
R 20/ R 40 from District of _____

**Defendant Information:**

Juvenile: Yes ___ No __X__   Matter to be sealed: ___ Yes __X__ No

Defendant Name ___Jing Hua He___

Allisas Name ___"Tanya"___

Address _____

Birth date __XX/XX/1969__ SS# __N/A__ Sex __F__ Race __A__ Nationality __Peoples Republic of China__

**U.S. Attorney Information:**

AUSA ___Karon V. Johnson___

Interpreter: ___ No __X__ Yes    List language and/or dialect: __Mandarin Chinese__

**Location Status:**

Arrest Date _____

☐ Already in Federal Custody as of _____ in _____
☐ Already in State Custody
☐ On Pretrial Release

**RECEIVED DEC 26 2006 DISTRICT COURT OF GUAM HAGATNA, GUAM**

**U.S.C. Citations**

Total # of Counts: ___2___    ___ Petty ___ Misdemeanor __X__ Felony

| Set | Index Key/Code | Description of Offense Charged | Count(s) |
|---|---|---|---|
| 1 | 8 U.S.C. § 1324(a)(2)(B)(ii) 18 U.S.C. § 2, and 6 U.S.C. §§ 251 and 557 | ALIEN SMUGGLING | 1, 2 |
| 2 | | | |
| 3 | | | |
| 4 | | | |

(Continued on reverse)

Date: __12/26/06__    Signature of AUSA: ___Karon Johnson___