LEONARDO M. RAPADAS
United States Attorney
KARON V. JOHNSON
Assistant U.S. Attorney
Suite 500, Sirena Plaza
108 Hernan Cortez
Hagåtña, Guam 96910-5113
PHONE: 472-7332
FAX: 472-7334

Attorneys for the United States of America

**FILED**
DISTRICT COURT OF GUAM

DEC 27 2006

MARY L.M. MORAN
CLERK OF COURT

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> vs. <br><br> JING HUA HE <br> a/k/a "TANYA," <br><br> Defendant | CRIMINAL CASE NO. 06-00118 <br><br> **INDICTMENT** <br><br> **ALIEN SMUGGLING** <br> [8 U.S.C. § 1324(a)(2)(B)(ii), <br> 18 U.S.C. § 2, and <br> 6 U.S.C. §§ 251 and 557] |

THE GRAND JURY CHARGES:

**COUNT I - ALIEN SMUGGLING**

On or about October 28, 2006, within the District of Guam and elsewhere, the defendant, JING HUA HE a/k/a "TANYA," knowing or in reckless disregard of the fact that certain aliens did not receive prior official authorization to come to, enter or reside in the United States, did bring and attempt to bring to the United States said aliens for the purpose of commercial advantage and private financial gain, to-wit: Guo Ping WEI, Jin Xing WANG, Bing Xin ZIE, and two other identified aliens, by transporting them by boat from the Commonwealth of the Northern Mariana Islands,

**ORIGINAL**

ALL IN VIOLATION of Title 8, United States Code, § 1324(a)(2)(B)(ii), Title 18, United States Code, § 2, and Title 6, United States Code, §§ 251 and 557.

## COUNT II - ALIEN SMUGGLING

On or about December 15, 2006, within the District of Guam and elsewhere, the defendant, JING HUA HE a/k/a "TANYA," knowing or in reckless disregard of the fact that certain aliens did not receive prior official authorization to come to, enter or reside in the United States, did attempt to bring to the United States said aliens for the purpose of commercial advantage and private financial gain, to-wit: transporting by boat from Saipan to Guam, Chong Hua LIN, Yu Hui LEI, Wen Lin LIN, Shi Qiang HUANG, Zhao Sheng ZENG, Zhi Ping ZHENG, Ming Sheng ZHENG, Wen Jian ZHENG, Guo Hua ZHENG, Zhao Jian ZENG, Jun Bin YU, Jin Ping LIN, Jin Shu ZHENG, Guang Liang HUANG, Bin PAN, Zhi Xing YU, Zhen Ming GONG, Ya Tang HUANG, Yao Zhen LI, Zhi Xiang LI, Zhi Xiong LU, Gui Hua LI, Fen Juan LIN, Qing Hui CHEN, Xiu Hong Luo MANGARERO, LaiYi YANG, Di Fang XU, Bin CHEN, Fei Xia MAO, Hai Yan HUANG, and Li FAN, by transporting them by boat from the Commonwealth of the Northern Mariana Islands,

//
//
//
//
//
//
//
//
//
//
//
//

ALL IN VIOLATION of Title 8, United States Code, Section 1324(a)(2)(B)(ii), Title 18, United States Code, Section 2, and Title 6, United States Code, Sections 251 and 557.

Dated this 27th day of December, 2006.

A TRUE BILL.

*[signature]*
IRENE S. MAFNAS
Foreperson

LEONARDO M. RAPADAS
United States Attorney
Districts of Guam and CNMI

By: *[signature]*
KARON V. JOHNSON
Assistant U.S. Attorney

Reviewed:

*[signature]*
JEFFREY J. STRAND
First Assistant U.S. Attorney