Office of the Clerk
## District Court
for the
Northern Mariana Islands
P.O. Box 500687
Saipan, MP 96950

Galo L. Perez
Clerk

Tel: (670) 236-2902
Facsimile: (670) 236-2910

December 28, 2006

Mary L.M. Moran
Clerk of Court
United States District Court
District of Guam
4th Floor, U.S. Courthouse
520 W. Soledad Ave.
Hagatna, GU 96910

Re: District of Guam Criminal Case No. 06-00118
 NMI District Criminal Case No. 06-00018
 United States of America vs. Jing Hua He aka "Tanya"

Dear Ms. Moran:

Pursuant to an Order of Removal under Rule 40, Fed. R. Crim. P., filed and entered this 27th day of December, 2006, enclosed please find certified copies of the following:

1. Petition for Removal;
2. Waiver of Identity;
3. Courtroom Minutes;
4. Order of Removal; and
5. Order of Removal filed on 12/27/2006.

Kindly acknowledge receipt and return.

Sincerely,

GALO L. PEREZ, Clerk

By: _____
Tina P. Matsunaga, Deputy Clerk

Enclosure
xc: Craig N. Moore, AUSA
 G. Anthony Long, Esq.

# U.S. District Court
## Northern Mariana Islands (NMI)
## CRIMINAL DOCKET FOR CASE #: 1:06-cr-00018-ALL
### Internal Use Only

Case title: USA v. He                                             Date Filed: 12/27/2006

Assigned to: U.S. District Judge Alex R. Munson

### Defendant

**Jing Hua He** (1)
*also known as*
Tanya (1)

represented by **G. Anthony Long**
Law Office of G. Anthony Long
P.O. Box 504970
Saipan, MP 96950
(670) 235-4802
Fax: (670) 235-4801
Email: logalaw@gmail.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Designation: CJA Appointment*

### Pending Counts

None

### Disposition

### Highest Offense Level (Opening)

None

### Terminated Counts

8 U.S.C. § 1324(a)(2)(B)(ii), 18 U.S.C. § 2, and 6 U.S.C. §§ 251 and 557--ALIEN SMUGGLING
(1-2)

### Disposition

Order of Removal Filed 12/27/2006. Defendant Removed to the District of Guam for further proceedings.

### Highest Offense Level (Terminated)

Felony

### Complaints

None

### Disposition

### Plaintiff

**USA**

represented by **Craig N. Moore**
Assistant U.S. Attorney
Horiguchi Building Third Floor
P. O. Box 500377

A TRUE COPY
Certified this 28th day of December 20 06
By _____ (Deputy Clerk)

Saipan, MP 96950
(670) 236-2982
Fax: (670) 2362985
Email: Craig.N.Moore@usdoj.gov
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
|---|---|---|
| 12/27/2006 | 1 | PETITION FOR REMOVAL as to Jing Hua He aka Tanya. (TPM) (Entered: 12/27/2006) |
| 12/27/2006 | | Counts added: Jing Hua He (1) count(s) 1-2 (TPM) (Entered: 12/27/2006) |
| 12/27/2006 | 2 | WAIVER of Identity, filed by Jing Hua He. (TPM) (Entered: 12/27/2006) |
| 12/27/2006 | 3 | Minute Entry for proceedings held before Judge Alex R. Munson :Identity Hearing held as to Jing Hua He held on 12/27/2006. (Court Reporter FMC) (TPM) (Entered: 12/27/2006) |
| 12/27/2006 | | ***JS-2 Opening Information. (TPM) (Entered: 12/27/2006) |
| 12/27/2006 | 4 | ORDER OF REMOVAL to District of Guam as to Jing Hua He. Signed by Judge Alex R. Munson on 12/27/2006. (TPM) (Entered: 12/27/2006) |
| 12/27/2006 | 5 | ORDER OF REMOVAL as to Jing Hua He. Signed by Judge Alex R. Munson on 12/27/2006. (TPM) (Entered: 12/27/2006) |

COPY of Original Filed on this date

DEC 27

Clerk
District Court
For The Northern Mariana Islands

UNITED STATES DISTRICT COURT
NORTHERN MARIANA ISLANDS

CR 06-00018

| | |
|---|---|
| UNITED STATES of AMERICA, Plaintiff, v. HE, JING HUA Defendant. | **ORDER OF REMOVAL** <br><br> Date: December 27, 2006 <br> Time: 9:00 a.m. <br> Judge: Hon. Alex R. Munson |

Upon consideration of the government's Petition for Removal and Defendant's answers to questions posed in open court, this Court finds and orders as follows:

1. After being advised of her rights under Rules 5 and 5.1 of the Federal Rules of Criminal Procedure and after consulting with counsel, Defendant has made a voluntary, knowing, and intelligent waiver of her right to a hearing to establish her identity and a preliminary hearing in this District; and

2. Defendant has also knowingly and voluntarily consented to be transferred to the District of Guam for further proceedings; and it is therefore

ORDERED that the government's Petition is granted and the defendant be transferred to the District of Guam for further proceedings.

ALEX R. MUNSON
U.S. DISTRICT COURT JUDGE

A TRUE COPY,
Certified this 28th day of December 20 06
By _____ (Deputy Clerk)

LEONARDO M. RAPADAS
United States Attorney
CRAIG N. MOORE
Assistant U.S. Attorney
DISTRICTS OF GUAM AND
THE NORTHERN MARIANA ISLANDS
TEL: (670) 236-2952
FAX: (670) 236-2985

Attorneys for the United States of America

COPY of
Original Filed
on this date

DEC 2 7 2006

Clerk
District Court
For The Northern Mariana Islands

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN MARIANA ISLANDS

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>HE, JING HUA,<br><br>　　　　　Defendant. | CR 06-00018<br><br>**ORDER OF REMOVAL** |

The Government's Petition for Removal as to Defendant HE JING HUA is hereby GRANTED. The United States Marshal is directed to remove Defendant HE JING HUA to the District of Guam for further proceedings.

By: _____
ALEX R. MUNSON
UNITED STATES DISTRICT JUDGE

Dated: December 27, 2006

A TRUE COPY.
Certified this 28th day of December 20 06

By _____
(Deputy Clerk)

COPY of
Original Filed
on this date

DEC 2 7 2006

Clerk
District Court
For The Northern Mariana Islands

## MINUTES OF THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN MARIANA ISLANDS

CR-06-00018                                         December 27, 2006
                                                    9:15 a.m.

### U S A -v- JING HUA HE

PRESENT:   HON. ALEX R. MUNSON, CHIEF JUDGE PRESIDING
           K. LYNN LEMIEUX, COURTROOM DEPUTY
           FAYE CROZAT, COURT REPORTER
           CRAIG MOORE, ASSISTANT U.S. ATTORNEY
           JING HUA HE aka Tanya, DEFENDANT
           G. ANTHONY LONG, ATTORNEY FOR DEFENDANT

PROCEEDINGS: IDENTITY HEARING

Defendant **JING HUA HE** appeared with counsel, G. Anthony Long. Government was represented by Craig Moore, AUSA.

Aby Leung was present and sworn as interpreter/translator.

Attorney Long advised the Court that subsequent to last week's hearing, a complaint had been filed in the District Court of Guam that charges **Jing Hua He** and that the defendant desires to waive the identity hearing and proceed with the Removal Hearing to the **District of Guam**.

Defendant was examined to her understanding of the proceedings; her understanding of the charges against her in the information and her constitutional rights.

Defendant stated that it was her desire to be removed to the **District of Guam** for further proceedings in this case. Defendant **waived the identity hearing** and conceded that she is the same **JING HUA HE** as stated in the Complaint.

Government requested that a **Warrant of Removal** issue; no objection by the Defense, Court so ordered.

TRUE COPY

…fied this 28th day of December 20 06

_____
(Deputy Clerk)

      Court ordered that the U.S. Marshal remove this defendant to the **District of Guam**.

      AUSA Moore moved to dismiss the Petition for the Order of Removal filed on December 21, 2006 in the name of Hong Fei Wang. Court so ordered.

      The defendant was remanded into the custody of the U.S. Marshal.

                        Adj. at 9:35 a.m.


                          /s/K. Lynn Lemieux, Courtroom Deputy

1  LEONARDO M. RAPADAS
United States Attorney
2  CRAIG N. MOORE
Assistant U.S. Attorney
3  DISTRICTS OF GUAM AND
THE NORTHERN MARIANA ISLANDS
4  PHONE: (670) 236-2952
FAX: (670) 236-2985
5
Attorneys for the United States of America
6
7           IN THE UNITED STATES DISTRICT COURT
8           FOR THE NORTHERN MARIANA ISLANDS

| UNITED STATES OF AMERICA, | ) | CR 06-00018 |
|---|---|---|
| Plaintiff, | ) | |
| v. | ) | **WAIVER OF IDENTITY** |
| HE JING HUA, | ) | |
| Defendant. | ) | |

The defendant, after advice of counsel, waives an identity hearing and consents to an issuance of an Order requiring her appearance in the District of Guam where there is a warrant outstanding for her arrest.

2006.12.27.                     HE JING HUA 2006
DATE                            Defendant


LEONARDO M. RAPADAS
United States Attorney
Districts of Guam and NMI

CRAIG N. MOORE
Assistant U.S. Attorney

A TRUE COPY,
Certified this 28th day of December 20 06
By _____ (Deputy Clerk)

LEONARDO M. RAPADAS
United States Attorney
CRAIG N. MOORE
Assistant U.S. Attorney
DISTRICTS OF GUAM AND
THE NORTHERN MARIANA ISLANDS
TEL: (670) 236-2952
FAX: (670) 236-2985

Attorneys for the United States of America

COPY of
Original Filed
on this date

DEC 27 2006

Clerk
District Court
For The Northern Mariana Islands

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN MARIANA ISLANDS

CR 06-00018

| UNITED STATES OF AMERICA, | ) |
|---|---|
| Plaintiff, | ) |
| vs. | ) **PETITION FOR REMOVAL** |
| HE JING HUA, | ) |
| Defendant. | ) |

The government petitions this Court to transfer Defendant to the District of Guam pursuant to the provisions of Rule 5 of the Federal Rules of Criminal Procedure. In support of this petition, the government asks the Court to conduct a hearing under Rule 5 to determine whether the person arrested in this matter is the same person named in a Complaint against HE JING HUA in the District of Guam.

Respectfully Submitted,

LEONARDO M. RAPADAS
United States Attorney

CRAIG N. MOORE
Assistant United States Attorney
District of the Northern Mariana Islands

Dated: December 27, 2006

A TRUE COPY,
Certified this 28th day of December 20 06
By _____ Deputy Clerk

JHe.Cpl

LEONARDO M. RAPADAS
United States Attorney
KARON V. JOHNSON
Assistant U.S. Attorney
Suite 500, Sirena Plaza
108 Hernan Cortez
Hagåtña, Guam 96910-5113
PHONE: 472-7332
FAX: 472-7334

Attorneys for the United States of America

FILED
DISTRICT COURT OF GUAM
DEC 26 2006
MARY L.M. MORAN
CLERK OF COURT

# IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> ) <br> vs. ) <br> ) <br> JING HUA HE ) <br> a/k/a "TANYA," ) <br> ) <br> Defendant ) | CRIMINAL CASE NO. 06-00118 <br><br> **COMPLAINT** <br><br> **ALIEN SMUGGLING** <br> [8 U.S.C. § 1324(a)(2)(B)(ii), <br> 18 U.S.C. § 2, and <br> 6 U.S.C. §§ 251 and 557] <br> (Counts 1 and 2) |

THE UNDERSIGNED COMPLAINANT CHARGES UPON INFORMATION AND BELIEF THAT:

### COUNT I - ALIEN SMUGGLING

On about October 28, 2006, within the District of Guam and elsewhere, the defendant, JIN HUA HE a/k/a "TANYA," knowing or in reckless disregard of the fact that five alien did not receive prior official authorization to come to, enter or reside in the United States, did bring and attempt to bring to the United States five aliens for the purpose of commercial advantage and

COPY

private financial gain, to-wit: Guo Ping WIE, Jin Xing WANG, and Bing Xin XIE, and two others, to an area at or near Two Lover's Point, Guam, in violation of Title 8, United States Code, § 1324(a)(2)(B)(ii) and Title 18, United States Code, § 2, and Title 6, United States Code, §§ 251 and 557.

## COUNT II - ALIEN SMUGGLING

On about December 15, 2006, within the District of Guam and elsewhere, the defendant, JIN HUA HE a/k/a "TANYA," knowing or in reckless disregard of the fact that aliens did not receive prior official authorization to come to, enter or reside in the United States, did attempt to bring to the United States 31 aliens for the purpose of commercial advantage and private financial gain, to-wit: Chong Hua LIN, Yu Hui LEI, Wen Lin LIN, Shi Qiang HUANG, Zhao Sheng ZENG, Zhi Ping ZHENG, Ming Sheng ZHENG, Wen Jian ZHENG, Guo Hua ZHENG, Zhao Jian ZENG, Jun Bin YU, Jin Ping LIN, Jin Shu ZHENG, Guang Liang HUANG, Bin PAN, Zhi Xing YU, Zhen Ming GONG, Ya Tang HUANG, Yao Zhen LI, Zhi Xiang LI, Zhi Xiong LU, Gui Hua LI, Fen Juan LIN, Qing Hui CHEN, Xiu Hong Luo MANAGARERO, Lai Yi YANG, Di Fang XU, Bin CHEN, Fei Xia MAO, Hai Yan HUANG, and Li FAN, to Guam, in violation of Title 8, United States Code, § 1324(a)(2)(B)(ii) and Title 18, United States Code, § 2, and Title 6, United States Code, §§ 251 and 557.

COMPLAINANT FURTHER STATES:

I, Michael Hernandez, being duly sworn, do hereby state:

1. I am a Senior Special Agent employed by Immigration and Customs Enforcement (ICE), U.S Department of Homeland Security (DHS) and have been employed by ICE since March 1, 2003. Prior to March 1, 2003, I was employed by Immigration and Naturalization Service (INS) for approximately twenty-five years. I am currently assigned to the ICE office of

the Resident Agent In Charge (RAC), Hagatna, Guam. While employed as a Special Agent with ICE and legacy INS, I have investigated numerous criminal cases for violations under Title 8, and Title 18, of the United States Code. Based upon my knowledge, training, and 29 years of experience in enforcing the Immigration and Nationality Act, I hereby make the following affidavit.

2. My duties include investigation of violations of Title 8, and Title 18, United States Code as it applies to violations of United States immigration laws. I have been participating in an investigation conducted by agents from the Guam Coast Guard Investigative Service (CGIS) and ICE agents on Guam in connection with alien smuggling by boat from the island of Saipan, Commonwealth of the Northern Mariana Islands and Guam for the purpose of commercial advantage and private financial gain in violation of Title 8, United States Code, § 1324 (a)(2)(B)(ii).

3. On October 29, 2006, I received information from Guam Resident Agent In Charge Kelly Hoyle that an individual arrived Guam on October 28, 2006 by piloting a boat from the island of Saipan, Commonwealth of the Northern Mariana Islands (CNMI) who failed to notify Guam Customs and U.S. Immigration about the individual's arrival and failed to request for inspection as required by law.

5. On October 30, I received information from two reliable sources of information indicating that a boat was used to smuggle five aliens, all citizens of the People's Republic of China, from the island of Saipan, CNMI to Guam and the smuggler was identified as a person who may be a resident of Saipan.

6. Based on the information received, RAC Kelly Hoyle and I went to the island of Saipan to conduct interviews and investigate the alleged alien smuggling incident. Based on our

investigation, RAC Kelly Hoyle and I both determined that on or about October 28, 2006, an individual dropped off five (5) Chinese aliens near Two-Lovers Point from where the aliens swam and waded ashore illegally and were not presented to U.S. Immigration for inspection. The boat operator was hired by a Chinese female known only at the time as "TANYA" who agreed to pay the boat operator ten thousand dollars ($10,000) or two thousand ($2,000) per person. "TANYA" who was subsequently identified as JING HUA HE initially paid the boat operator $500 – money that was supposed to be used to purchase fuel for the boat on the October 28, 2006 alien smuggling trip, and approximately $9,300 after the aliens were illegally smuggled into Guam.

7. I later received information from Major Edward Cabrera, an investigator with the CNMI Attorney General's Investigative Unit (AGIU), who provided the names of three of the aliens smuggled into Guam on October 28, 2006 namely: Guo Ping WIE, Jin Xing WANG, and Bing Xin XIE. With the assistance of CGIS Special Agent Anthony Blas, I later determined that Guo Ping WIE (F), Jin Xing WANG (M), and Bing Xin XIE are in fact aliens, citizens of the People's Republic of China (PRC) who use to live and work on Saipan and subsequently entered Guam illegally on or about October 28, 2006 after being dropped off by boat near the reef by Two-Lovers Point. These three aliens were part of a group of five aliens whose arrangements to be smuggled into Guam were made by JING HUA HE aka TANYA at a cost of approximately $4,000 per person.

8. On December 15, 2006, JING HUA HE aka TANYA also arranged to have several Chinese aliens smuggled into Guam by boat from Saipan and that on said date, JING HUA HE aka TANYA was observed dropping off several groups of Chinese aliens at Outer Cove Marina where they subsequently boarded a boat that was suppose to be used to smuggle

them into Guam. CNMI Boating and Safety Officers later found 31 Chinese Nationals on board the boat who were subsequently identified as: Chong Hua LIN, Yu Hui LEI, Wen Lin LIN, Shi Qiang HUANG, Zhao Sheng ZENG, Zhi Ping ZHENG, Ming Sheng ZHENG, Wen Jian ZHENG, Guo Hua ZHENG, Zhao Jian ZENG, Jun Bin YU, Jin Ping LIN, Jin Shu ZHENG, Guang Liang HUANG, Bin PAN, Zhi Xing YU, Zhen Ming GONG, Ya Tang HUANG, Yao Zhen LI, Zhi Xiang LI, Zhi Xiong LU, Gui Hua LI, Fen Juan LIN, Qing Hui CHEN, Xiu Hong Luo MANAGARERO, Lai Yi YANG, Di Fang XU, Bin CHEN, Fei Xia MAO, Hai Yan HUANG, and Li FAN.

9. The information that I and others involved in the investigation have obtained indicates that the 31 aliens named in paragraph number eight were all supposed to be smuggled into Guam and that JING HUA HE aka "TANYA" did receive money to arrange this shipment, and did paid money to the boat operator to have the 31 aliens transported and smuggled into Guam by boat.

10. On December 21, I and other law enforcement officers in the investigation arrested JING HUA HE aka "TANYA" based on an indictment returned in the District of Guam. The Indictment alleged federal offenses in connection with the conduct discovered during our investigation, charging HONG FEI WANG aka "TANYA" with violations of 8 U.S.C. § 1324. At the time, our investigation had led us to believe that JING HUA HE's actual name was HONG FEI WANG. The person we arrested was, in fact, the person who law enforcement officers had observed on December 15, 2006, who was known as "TANYA," and who was identified as the person who had hired the boat operator who had delivered the Chinese aliens to Guam on October 28, 2006.

11. Following the arrest, I advised JING HUA HE of her Miranda rights. She was provided with a form stating and explaining those rights in the Chinese language. I also read and explained them to her in English that was translated for her by a Chinese interpreter. She indicated that she understood her rights. Subsequently, she met with a probation officer concerning her personal circumstances as they might have a bearing on setting bail or conditions of release. After that interview, JING HUA HE communicated that she wanted to speak with me. I again met with JING HUA HE and advised her again of her Miranda rights in the same way that I had earlier done so. She again indicated that she understood, signed a waiver form, and then spoke with me.

12. In the ensuing interview, JING HUA HE aka "TANYA" admitted to me her true name and her involvement in the activities that are the subject of the indictment returned in the District of Guam.

13. Based on the foregoing information, I believe there is probable cause to believe that JING HUA HE aka "TANYA" was involved in arranging and/or participating in the two above described alien smuggling events and that JING HUA HE aka "TANYA" has violated Title 8, United States Code, § 1324(a)(2)(B)(ii).

DATED THIS 26th day of December, 2006.

MICHAEL HERNANDEZ
Special Agent
U.S. Customs & Immigration Enforcement
Department of Homeland Security

I hereby certify that the annexed instrument is a true copy of the original on file in my office.
ATTEST: CLERK OF COURT
District Court of Guam
Territory of Guam
By: Deputy Clerk

SWORN AND SUBSCRIBED TO before me on this 26th day of December, 2006.

JOAQUIN V. E. MANIBUSAN
Magistrate Judge
District Court of Guam

AO 442 (Rev. 10/03) Warrant for Arrest

# UNITED STATES DISTRICT COURT

District of     **GUAM**

UNITED STATES OF AMERICA

V.

**JING HUA HE aka TANYA**

**WARRANT FOR ARREST**

Case Number: CR-06-00117-001

**06-00118**

To: The United States Marshal
and any Authorized United States Officer

    YOU ARE HEREBY COMMANDED to arrest      **JING HUA HE aka TANYA**
                                                        Name

and bring him or her forthwith to the nearest magistrate judge to answer a(n)

☐ Indictment    ☐ Information    ☒ Complaint    ☐ Order of court    ☐ Probation Violation Petition    ☐ Supervised Release Violation Petition    ☐ Violation Notice

charging him or her with    (brief description of offense)

**COUNT I AND II - ALIEN SMUGGLING [8 U.S.C. §1324(a)(2)(B)(ii), 18 U.S.C. §2, and 6 U.S.C. §§251 and 557]**

in violation of Title _____ United States Code, Section(s) _____

**JOAQUIN V.E. MANIBUSAN, JR.**
Name of Issuing Officer

*[signature]*
Signature of Issuing Officer

**Magistrate Judge**
Title of Issuing Officer

**December 26, 2006; Hagatna, Guam**
Date and Location

### RETURN

This warrant was received and executed with the arrest of the above-named defendant at

| DATE RECEIVED | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| DATE OF ARREST | | |