<mark>RECEIVED DEC 27 2006 US MARSHALS SERVICE-GUAM</mark>

AO

**FILED DISTRICT COURT OF GUAM JAN 10 2007 MARY L.M. MORAN CLERK OF COURT**

# UNITED STATES DISTRICT COURT
District of GUAM

UNITED STATES OF AMERICA

V.

**JING HUA HE aka TANYA**

## WARRANT FOR ARREST

Case Number: CR-06-00118-001

To: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest     **JING HUA HE aka TANYA**
Name

and bring him or her forthwith to the nearest magistrate judge to answer a(n)

X Indictment   ☐ Information   ☐ Complaint   ☐ Order of court   ☐ Probation Violation Petition   ☐ Supervised Release Violation Petition   ☐ Violation Notice

charging him or her with (brief description of offense)

**COUNT I AND II - ALIEN SMUGGLING [8 U.S.C. §1324(a)(2)(B)(ii), 18 U.S.C. §2, and 6 U.S.C. §§251 and 557]**

in violation of Title _____ United States Code, Section(s) _____

**LEILANI R. TOVES HERNANDEZ**
Name of Issuing Officer

*(signature)* Hernandez
Signature of Issuing Officer

**Deputy Clerk**
Title of Issuing Officer

**December 27, 2006; Hagatna, Guam**
Date and Location

---

### RETURN

This warrant was received and executed with the arrest of the above-named defendant at

Guam DOC, Post #8, Mangilao

| DATE RECEIVED | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| 12/27/06 | Clark Marquez | Clark M. |
| DATE OF ARREST 01/10/07 | Deputy U.S. Marshal | |

ORIGINAL