# IN THE DISTRICT COURT OF GUAM
# TERRITORY OF GUAM
# CRIMINAL MINUTES
# INITIAL APPEARANCE

CASE NO.: CR-06-00118-001　　　　　　　　　　DATE: January 11, 2007

HON. JOAQUIN V. E. MANIBUSAN, JR., Magistrate Judge, Presiding
Law Clerk: Judith P. Hattori　　　　　　　Court Reporter: Wanda Miles
Courtroom Deputy: Leilani Toves Hernandez　Electronically Recorded: 10:26:24 - 10:36:49
CSO: F. Tenorio / J. Lizama

**APPEARANCES:**
Defendant: Jing Hua He aka Tanya　　　　　Attorney: Samuel S. Teker
☑ Present ☑ Custody ☐ Bond ☐ P.R.　　　☑ Present ☐ Retained ☐ FPD ☑ CJA
U.S. Attorney: Karon Johnson　　　　　　　U.S. Agent:
U.S. Probation: Carleen Borja　　　　　　　U.S. Marshal: V. Roman / D. Punzalan
Interpreter: Foo Mee Chun Clinard　　　　 Language: Mandarin

**PROCEEDINGS: Initial Appearance re Indictment and Arraignment**
- Financial Affidavit reviewed and accepted: Samuel S. Teker appointed to represent the defendant.
- Defendant sworn and examined.
- Defendant arraigned and advised of her rights, charges and penalties.
- Defendant waives reading of Indictment.
- Plea entered: Not guilty
- Trial set for: March 6, 2007 at 9:30 a.m.
- Defendant remanded to the custody of the U.S. Marshals Service for: Detention

NOTES: