IN THE DISTRICT COURT OF GUAM
TERRITORY OF GUAM
CRIMINAL MINUTES
CHANGE OF PLEA

CASE NO.: CR-06-00118-001       DATE: February 23, 2007

HON. JOAQUIN V. E. MANIBUSAN, JR., Magistrate Judge, Presiding
Law Clerk: Judith P. Hattori                Court Reporter: Wanda Miles
Courtroom Deputy: Leilani Toves Hernandez   Electronically Recorded: 2:11:00 - 2:24:55
CSO: B. Benavente

**APPEARANCES:**
Defendant: Jing Hua He aka Tanya           Attorney: Samuel S. Teker
☑ Present ☑ Custody ☐ Bond ☐ P.R.          ☑ Present ☐ Retained ☐ FPD ☑ CJA
U.S. Attorney: Karon Johnson               U.S. Agent: Mike Hernandez, I.C.E.
U.S. Probation: Maria Cruz                 U.S. Marshal: D. Punzalan / C. Marquez
Interpreter: Foo Mee Chun Clinard          Language: Mandarin

**PROCEEDINGS: Change of Plea**
- Change of Plea continued to: March 19, 2007 at 9:00 a.m.
- The Court Ordered that the Ends of Justice if best served in continuing the trial and beginning today up to and including March 19, 2007 shall be excluded from the Speedy Trial Calculations. Trial set for March 6, 2007 is continued to: March 20, 2007 at 9:30 a.m.
- Defendant to remain in the custody of the U.S. Marshals Service.

NOTES: