# IN THE DISTRICT COURT OF GUAM
## TERRITORY OF GUAM
## CRIMINAL MINUTES
## CHANGE OF PLEA

CASE NO.: CR-06-00118-001          DATE: March 19, 2007

HON. JOAQUIN V. E. MANIBUSAN, JR., Magistrate Judge, Presiding
Law Clerk: Judith P. Hattori      Court Reporter: Wanda Miles
Courtroom Deputy: Leilani Toves Hernandez      Electronically Recorded: 9:18:27 - 9:55:48
CSO: F. Tenorio

**APPEARANCES:**

Defendant: Jing Hua He aka Tanya      Attorney: Samuel S. Teker
☑ Present ☑ Custody ☐ Bond ☐ P.R.      ☑ Present ☐ Retained ☐ FPD ☑ CJA
U.S. Attorney: Karon Johnson      U.S. Agent: Mike Hernandez, I.C.E.
U.S. Probation: Christopher Duenas      U.S. Marshal: T. Muna / D. Punzalan
Interpreter: Foo Mee Chun Clinard      Language: Mandarin

**PROCEEDINGS: Change of Plea**
- Pen and ink changes made in the plea agreement.
- Defendant consented to enter her plea before a U.S. Magistrate Judge.
- Defendant sworn and examined.
- Plea entered: Guilty
- Report and Recommendation executed by the Court.
- Sentencing set for: June 18, 2007 at 10:30 a.m.
- Draft Presentence Report due to the parties: 5/14/2007
- Response to Presentence Report: 6/04/2007
- Final Presentence Report due to the Court: 6/11/2007
- Defendant to remain in the custody of the U.S. Marshals Service.

NOTES: