FILED
DISTRICT COURT OF GUAM
MAR 19 2007
MARY L.M. MORAN
CLERK OF COURT

IN THE DISTRICT COURT OF GUAM

FOR THE TERRITORY OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CRIMINAL CASE NO. 06-00118 |
| Plaintiff, ) | |
| ) | **CONSENT TO RULE 11 PLEA IN** |
| vs. ) | **A FELONY CASE BEFORE UNITED** |
| ) | **STATES MAGISTRATE JUDGE** |
| JING HUA HE a.k.a. "TANYA," ) | |
| Defendant. ) | |

I have been advised by my attorney and by the United States Magistrate Judge of my right to enter my plea in this case before a United States District Judge. I hereby declare my intention to enter pleas of guilty in the above case, and I request and consent to the Magistrate Judge conducting the proceedings required by Rule 11, Federal Rules of Criminal Procedure, incident to the making of such pleas. I understand that if the United States Magistrate Judge recommends that the pleas of guilty be accepted, a presentence investigation and report will be ordered pursuant to Rule 32, Federal Rules of Criminal Procedure. I further understand that the assigned United States District Judge will then act on the Magistrate Judge's Report and Recommendation; and, if the pleas of guilty are accepted, will adjudicate guilt and schedule a

///
///
///
///
///
///

**ORIGINAL**

sentencing hearing at which the District Judge will decide whether to accept or reject any associated plea agreement, and will determine and impose sentence.

DATED this 19th day of March 2007.

*HG JING HUA*
JING HUA HE a.k.a. "TANYA"
Defendant

*[signature]*
SAMUEL S. TEKER
Attorney for Defendant

APPROVED:

*[signature]*
KARON V. JOHNSON
Assistant U.S. Attorney