# IN THE DISTRICT COURT OF GUAM
# TERRITORY OF GUAM
# CRIMINAL MINUTES
# SENTENCING

---

CASE NO.: CR-06-00118-001　　　　　　　　　　DATE: June 18, 2007

---

HON. FRANCES M. TYDINGCO-GATEWOOD, Chief Judge, Presiding
Law Clerk: Kim R. Walmsley　　　　　　Court Reporter: Wanda Miles
Courtroom Deputy: Leilani Toves Hernandez　　Electronically Recorded: 10:31:02 - 10:33:35
CSO: L. Ogo

---

**APPEARANCES:**
Defendant: Jing Hua He aka Tanya　　　Attorney: Samuel S. Teker - Not Present
☑ Present ☑ Custody ☐ Bond ☐ P.R.　　☐ Present ☐ Retained ☐ FPD ☑ CJA
U.S. Attorney: Karon Johnson　　　　　U.S. Agent:
U.S. Probation: Carleen Borja　　　　　U.S. Marshal: T. Muna
Interpreter: Chung Harrell　　　　　　Language: Mandarin

---

**PROCEEDINGS: Sentencing**
- Court ordered that Mr. Teker would have to Show Cause Why he is not present for today's hearing.
- Sentencing continued to: June 19, 2007 at 8:45 a.m.

NOTES: