# IN THE DISTRICT COURT OF GUAM
# TERRITORY OF GUAM
# CRIMINAL MINUTES
# SENTENCING

CASE NO.: CR-06-00118-001                                                    DATE: June 19, 2007

HON. FRANCES M. TYDINGCO-GATEWOOD, Chief Judge, Presiding
Law Clerk: Kim R. Walmsley                Court Reporter: Wanda Miles
Courtroom Deputy: Leilani Toves Hernandez     Electronically Recorded: 8:55:02 - 9:17:41
CSO: F. Tenorio

**APPEARANCES:**

Defendant: Jing Hua He aka Tanya            Attorney: Samuel S. Teker
    Present   Custody   Bond   P.R.             Present   Retained   FPD   CJA
U.S. Attorney: Karon Johnson                U.S. Agent: Mike Hernandez, I.C.E.
U.S. Probation: Carleen Borja               U.S. Marshal: D. Punzalan / G. Perez
Interpreter: Chung Harrell                  Language: Mandarin

**PROCEEDINGS: Continued Sentencing**

- Defendant committed to the Bureau of Prisons for a term of <u>3 years for Count I; 5 years for Count II. Sentences shall be served concurrently with credit for time served (approximately 181 days). While in prison, the defendant shall participate in vocational programs and undergo a substance abuse assessment.</u>
- Court recommendation to the Bureau of Prisons for incarceration in <u>a facility in the West Coast (WA, CA, or OR).</u>
- Upon release from imprisonment, defendant is placed on supervised release for a term of <u>3 years for Count I; 3 years for Count II, to be served concurrently</u>, with conditions (refer to Judgment for conditions of supervised release).
- All fines waived by the Court.
- Defendant was ordered to pay a special assessment fee of $200.00 to be paid immediately after sentencing.
- Court stated the justification of the sentence imposed.
- Defendant advised of appeal rights.
- Defendant remanded to the custody of the U.S. Marshals Service.

NOTES: